UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS RUBIO,

        Petitioner,

   v.

BRIAN PHILLIPS,

        Respondent.

No. 2:23-cv-00893-EFB (HC)

ORDER

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because petitioner challenges a conviction entered by the Fresno County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno.

      2. The Clerk of Court shall assign a new case number.

/////

/////

/////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 18, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE